**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**EVA ACEVEDO ORTEGA,**

      **Plaintiff,**

                                    **Case No. 2:26-cv-00644**
                                      **Judge Edmund A. Sargus, Jr.**
      **v.**                            **Magistrate Judge Chelsey M. Vascura**


**ANGELYNE LISINSKI, *et al*.,**

      **Defendants.**


## ORDER

    The undersigned hereby recuses herself from the above-entitled case.  The Clerk is

**DIRECTED** to redraw the case for random assignment to another Untied States Magistrate

Judge.

    **IT IS SO ORDERED.**


                       s/ *Chelsey M. Vascura*
                      **CHELSEY M. VASCURA**
                      **UNITED STATES MAGISTRATE JUDGE**