## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN OHIO DISTRICT
### EASTERN DIVISION

EVA ACEVEDO ORTEGA,

      **Plaintiff,**

                                      **Case Number 2:26-cv-644**

      **v.**                            **Judge Edmund A. Sargus, Jr.**

                                      **Magistrate Judge Kimberly A. Jolson**

ANGELYNE LISINSKI, *et al.*,

      **Defendants.**

### ORDER

The undersigned judge hereby recuses himself from the above case. The Clerk of Courts shall reassign the case to another judge by random draw.

      **IT IS SO ORDERED.**

Date: **5/29/2026**                   **s/Edmund A. Sargus, Jr.**
                                            **EDMUND A. SARGUS, JR., JUDGE**
                                            **UNITED STATES DISTRICT JUDGE**