AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio  ☐

| | |
|---|---|
| EVA ACEVEDO ORTEGA | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE LISINSKI LAW FIRM, LLC, et al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 2:26-cv-00644-EAS-CMV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE LISINSKI LAW FIRM, LLC
6377 Emerald Pkwy
Dublin, OH 43016


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Avanti Law Group
600 28th St SW
Wyoming, MI 49509


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 5/29/2026

_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio  ▼

| | | |
|---|---|---|
| EVA ACEVEDO ORTEGA | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:26-cv-00644-EAS-CMV |
| THE LISINSKI LAW FIRM, LLC, et al | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANGELYNE E. LISINSKI
6377 Emerald Pkwy
Dublin, OH 43016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Avanti Law Group
600 28th St SW
Wyoming, MI 49509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/29/2026



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio  ▾

EVA ACEVEDO ORTEGA )
)
)
)
*Plaintiff(s)* )
v. )
THE LISINSKI LAW FIRM, LLC, et al )
)
)
)
)
*Defendant(s)* )

Civil Action No. 2:26-cv-00644-EAS-CMV

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JUAN CHINCHILLA
6377 Emerald Pkwy
Dublin, OH 43016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Avanti Law Group
600 28th St SW
Wyoming, MI 49509

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date: 5/29/2026

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio ▾

| | |
|---|---|
| EVA ACEVEDO ORTEGA | ) ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No. 2:26-cv-00644-EAS-CMV |
| THE LISINSKI LAW FIRM, LLC, et al | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  REA SINGH
300 2nd Street
Columbus, OH 43215


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Avanti Law Group
600 28th St SW
Wyoming, MI 49509


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT



Date: 5/29/2026

Signature of Clerk or Deputy Clerk