# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
|  | : |  |
| Plaintiff, | : | Case No.: 2:26-cv-00644-SDM-KAJ |
| -vs- | : | Chief District Judge Sarah D. Morrison |
|  |  | Magistrate Judge Kimberly A. Jolson |
| Defendant, | : |  |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Rachel R. Zupan, trial attorney for Eva Acevedo Ortega, in the above-referenced action, hereby moves the court to admit Robert Anthony Alvarez, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Eva Acevedo Ortega.

Movant represents that Robert Anthony Alvarez is a member in good standing of the highest court of Michigan as attested by the accompanying certificate from that court and that Robert Anthony Alvarez is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Robert Anthony Alvarez's relevant identifying information is as follows:

Business telephone (616) 257-6807                    Business fax (616) 257-8501

Business address 600 28th St SW, Wyoming, MI 49509

Business e-mail address ralvarez@avantilaw.com

*/s/ Rachel R. Zupan*
Rachel R. Zupan (99694)
Simakovsky Law
1450 E Main Street
Columbus, OH 43205
T: 614-695-4605
rachel@simakovskylaw.com
*Trial Attorney for Eva Acevedo Ortega*

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Elizabeth C. Kingston-Miller, Clerk of the Michigan Supreme Court and

Custodian of the Roll of Attorneys admitted to the practice of law in this

state, do hereby certify that, as appears from the records,

## *Robert Anthony Alvarez*

was admitted to the practice of law in the courts of the State of Michigan on

## *May 25, 2004*

and has remained in good standing since.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: June 23, 2026



_____

Clerk



## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, *Plaintiff's Motion for Admission Pro Hac Vice pursuant to Fed. R. Civ. P. 60* was filed with the Court Clerk via ECF system e-filing system which will give notice of such filing to all parties of record.


*/s/ Rachel R. Zupan*
Rachel R. Zupan