**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EVA ACEVEDO ORTEGA,** | : | |
| | : | **Case No. 2:26-cv-00644** |
| **Plaintiff,** | : | |
| | : | **Chief District Judge Sarah D. Morrison** |
| **v.** | : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **ANGELYNE LISINSKI, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFICIENCY ORDER**

Attorney Perrin Rynders's Notice of Appearance is before the Court (Doc. 9). In it, Attorney Rynders purports to enter an appearance for Plaintiff. (*Id.*). The Notice is deficient. Attorney Rynders is not admitted as a permanent member of the bar of this Court. *See, e.g.*, S.D. Ohio Civ. R. 83.3(a) (noting that attorneys admitted *pro hac vice* are not permanent members of the bar of this Court).

Therefore, to represent Plaintiff in this action, Attorney Rynders must take one of two paths. Under Local Rule 83.3(e), he may file a motion for leave to appear *pro hac vice* in this action. *See* S.D. Ohio Civ. R. 83.3(e) (noting the motion must be signed by a permanent member of the bar of this Court and be accompanied by a certificate of good standing from the highest court of a state or the District Court of Columbia). Alternatively, if Attorney Rynders has been a member of the permanent bar of the United States District Court for the Northern District of Ohio for at least two years, he may file an application with the Clerk of Court for admission to this Court's bar. *See* S.D. Ohio Civ. R. 83.3(c)(2).

To expedite this matter, Attorney Rynders is **ORDERED** to file a compliant motion for leave to appear *pro hac vice* or an application for admission with the Clerk of Court **within ten (10) days of the date of this Order**.

Finally, Plaintiff is **ORDERED** to refile the waivers of service (Doc. 10). The forms should be filed by an attorney who has successfully appeared in this case.

IT IS SO ORDERED.

Date: August 27, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE