**Inflammatory, Argumentative, and Scandalous Language in Plaintiffs' First Amended Complaint**
***Ortega, et al. v. The Lisinski Law Firm, LLC, et al.*, No. 2:26-cv-00644-DRC-KAJ (S.D. Ohio)**

| # | Charged Phrase | Location (Paragraph) |
|---|---|---|
| 1 | "high-volume immigration filing operation disguised as a legitimate law practice" | Preamble (p. 2) |
| 2 | "VAWA . . . and T Visa filing mill" | Preamble (p. 2) |
| 3 | "assembly-line system designed to maximize revenue while providing no meaningful legal representation" | Preamble (p. 2) |
| 4 | "'Arreglar Sin Salir' method (A.S.S.)"[1] | Preamble (p. 2) (also "A.S.S. operation," p. 3) |
| 5 | "its most dangerous attribute: the capacity to certify and submit mass immigration filings . . . at industrial scale" | Preamble (p. 3) |
| 6 | "sham attorney consultation protocol" | Preamble (p. 3) |
| 7 | "multi-million-dollar industrialized immigration factory disguised as a legitimate law practice" | ¶ 1 |
| 8 | "sacred oath of loyalty" | ¶ 3 |
| 9 | "conveyor-belt model that is structurally incapable of delivering individualized legal representation" | ¶ 4 |
| 10 | "deliberately substituting a high-velocity sales pipeline for legitimate, licensed attorney engagement" | ¶ 4 |
| 11 | "The consequences of this systemic breach are catastrophic." | ¶ 16 |
| 12 | "predatory system" | ¶ 20 |
| 13 | "high-volume legal mill" | ¶ 36 |
| 14 | "enforcer" | ¶ 46 |
| 15 | "charade protocol" / "Consultation Charade Protocol" | ¶ 52 (also ¶¶ 99, 149, 234, 249) |
| 16 | "terminal legal and administrative consequences" | ¶ 70 |
| 17 | "controversial, . . . immigration factory model" | ¶ 73 |
| 18 | "wholesale abdication of the attorney's professional oath of loyalty" | ¶ 111 |

[1] Arreglar Sin Salir translated to English means to "Fix Without Leaving."

| # | Charged Phrase | Location (Paragraph) |
|---|---|---|
| 19 | "extraordinary campaign of investigation tampering and cover-up" | ¶ 136 (also subject of Section I of the Motion; requested in the alternative if ¶¶ 135–37 are not stricken) |
| 20 | "surreptitiously acting as Spanish-language interpreters… to insulate her from professional accountability" | ¶ 137 (also subject of Section I of the Motion; requested in the alternative if ¶¶ 135–37 are not stricken) |
| 21 | "corporate mill" / "immigration mill enterprise" | ¶ 140, ¶ 225 |
| 22 | "to weaponize non-attorney staff" | ¶ 249(2) |
| 23 | "This sacred obligation" | ¶ 254 |
| 24 | "uniform betrayal of client loyalty" | ¶ 262 |